1

2

3

4

5

6 **IN THE UNITED STATES DISTRICT COURT**

7 **FOR THE DISTRICT OF ARIZONA**

8

9 Shawna Ross,                                    No. CV-16-01292-PHX-DJH (DMF)

10         Plaintiff,                              **ORDER**

11 v.

12 Glendale Police Department, et al.,

13         Defendants.

14

15         This matter is before this Court on the Report and Recommendation (Doc. 32) of

16 United States Magistrate Judge David K. Duncan filed on October 27, 2017 as to

17 Plaintiff's Motion to File Amended Complaint (Doc. 26).  This Court notes that Plaintiff

18 subsequently filed a Notice of Withdrawal of Second Amended Complaint (Doc. 34) on

19 November 30, 2017.

20         Accordingly,

21         IT IS ORDERED that the Report and Recommendation (Doc. 32) is MOOT.

22         IT IS FURTHER ORDERED that Plaintiff's Motion to File Amended Complaint

23 (Doc. 26) is DENIED AS MOOT.

24         Dated this 2nd day of January, 2018.

25

26 _____
    Honorable Diane J. Humetewa
27    United States District Judge

28